# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ABREU SANTIAGO, <br><br> Plaintiff, <br><br> v. <br><br> SELECT HOTEL GROUP, LLC, an Illinois limited liability company, <br><br> Defendant. | Case No. 1:24-cv-01215 <br><br> Honorable Sara L. Ellis |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, ABREU SANTIAGO, and Defendant, SELECT HOTEL GROUP, LLC, hereby jointly stipulate and agree to the voluntary dismissal of this matter, including any and all pending claims in this matter, with prejudice and without cost to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

*Attorney for Plaintiff Abreu Santiago*

/s/ Angela C. Spears
Angela Spears
CASS LAW GROUP, P.C.
20015 S. LaGrange Rd., #1098
Frankfort, IL 60423
Ph: (872) 329-4844
aspears@casslawgroup.com

*Attorney for Defendant Select Hotel Group, LLC.*

/s/   Jamie L. Filipovic
Jamie L. Filipovic
O'HAGAN MEYER
1 E. Wacker Dr., Suite 3400
Chicago, IL 60601
Ph: (312) 422-6100
jfilipovic@ohaganmeyer.com

Dated: October 4, 2024