## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Abreu Santiago

                        Plaintiff,

v.                                                  Case No.: 1:24−cv−01215
                                                         Honorable Sara L. Ellis

Estates Hotel, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 13, 2024:

       MINUTE entry before the Honorable Sara L. Ellis: Pursuant to Plaintiff's stipulation of dismissal [17], the Court dismisses this matter with prejudice and with each party to bear its own costs and fees. Civil case terminated. Mailed notice (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.